DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STEPHEN FISKE, ANDREW FISKE,** and **MAS LIQUIDATORS, LLC,**
Appellants,

v.

**MICHAEL SEDELSKY,**
Appellee.

No. 4D2023-2830

[April 11, 2024]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carlos Augusto Rodriguez, Judge; L.T. Case No. CACE23-940.

Gary Murphree of AM Law, LLC, Miami, and Max G. Soren of Soren Law Group, PA, Miami Beach, for appellants.

Phillip J. Sheehe and Johanna E. Sheehe of Sheehe & Associates, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

FORST, KUNTZ and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***